**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No.: 21-MJ-246STE |
| v. | ) |
| | ) |
| **KENAN MILLSPAUGH,** | ) |
| | ) |
| Defendant. | ) |

___

<u>**TAKE NOTICE**</u>           CIVIL                                    CRIMINAL **X**

That a proceeding in these matters has been scheduled for the place, date and time set forth below:

___

| **PLACE** | US District Court | **DATE AND TIME** |
|---|---|---|
| | 410 SW 5th Str.-- Courtroom 228 | THURSDAY, |
| | Lawton, OK 73501 | June 10, 2021@ 11:00am |
| | Before Magistrate Judge Shon T. Erwin | |

___

**TYPE OF PROCEEDING**:

ARRAIGNMENT/
PLEA & SENTENCE

**APPEARANCE BY DEFENDANT(S) IS MANDATORY.**

Dated this 13th day of May 2021.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE